# BOSWORTH DEANGELO, LLC

123 SO. BROAD ST., SUITE 1620
PHILADELPHIA, PA 19109
267.928.4183 (*TEL*)
215.689.2899 (*FAX*)
WWW.BOSWORTHDEANGELO.COM

THOMAS E. BOSWORTH, ESQ.                                     TERRANCE R. DEANGELO, ESQ., RN
TOM@BOSWORTHDEANGELO.COM                                    TERRY@BOSWORTHDEANGELO.COM

October 22, 2025

**VIA PROCESS SERVER**

Environmental Protection Agency
Four Penn Center
1600 JFK Blvd.
Philadelphia, PA 19103

> **Re:    Franco v. B.Braun, Inc. et al.**
> **Philadelphia C.C.P., No. 230702787**

Dear Sir/Madam

Enclosed please find Plaintiffs' Subpoena to Produce Documents and Things for Discovery Pursuant to Rule 4009.22 with regard to the above matter.

There is no need to appear in person with these records. You may mail a copy of the records to my attention. The enclosed "Certificate of Compliance" should be signed and returned with the records. If you require prepayment, please let me know and I will forward to you.

Please produce the documents and things required by this subpoena within twenty (20) days after its delivery.

Thank you for your attention and assistance in this matter.

Very truly yours,

Thomas E. Bosworth, Esq.

TEB/km



COMMONWEALTH OF PENNSYLVANIA
COUNTY OF PHILADELPHIA

Court of Common Pleas

FRANCO VS B. BRAUN MEDICAL, INC. ETAL

_____ July _____ Term, __23__

No._____02787_____

## Subpoena to Produce Documents or Things
## for Discovery Pursuant to Rule 4009.22

TO: _Environmental Protection Agency (EPA)_____
*(Name of Person or Entity)*

Within twenty (20) days after the service of this subpoena, you are ordered by the Court to produce the following documents or things:

See Exhibit A for documents to be produced

at: _Bosworth DeAngelo  123 S. Broad St. Suite 1100 Philadelphia PA 19109_____
*(Address)*

You may deliver or mail legible copies of the documents or produce things requested by this subpoena, together with the certificate of compliance, to the party making this request at the address listed above.  You have the right to seek in advance the reasonable cost of preparing the copies or producing the things sought.

If you fail to produce the documents or things required by this subpoena within twenty (20) days after its service, the party serving this subpoena may seek a court order compelling you to comply with it.

**This subpoena was issued at the request of the following person:**

Date: June 15, 2025

Name: Bosworth, Thomas E

Address:
Bosworth Deangelo, Llc
123 S. Broad St.
Suite 1100

Telephone: 267 928-4183

Supreme Court ID#: 323350

Attorney for: Plaintiff



Subp.#373244242-2

You may contact the Office of Judicial Records
to verify that this subpoena was issued by the
Philadelphia County Court of Common Pleas.
Phone:  (215) 686-6652  or Email: OJRCivil@courts.phila.gov

**BY THE COURT:**
**Eric Feder**
**Deputy Court Administrator**
**Director, Office of Judicial Records**



COMMONWEALTH OF PENNSYLVANIA
COUNTY OF PHILADELPHIA

FRANCO VS B. BRAUN MEDICAL, INC. ETAL          :          Court of Common Pleas
                                               :
                                               :          _____July_____Term, __23____
                                               :
                                               :          No. _____02787_____

TO: _Environmental Protection Agency (EPA)_____
                    *(Person served with subpoena)*

You are required to complete the following Certificate of Compliance with producing documents or things pursuant to the Subpoena. Send the documents or things, along with the Certificate of Compliance (with your original signature), to the person at whose request the subpoena was issued.

***Do not send the documents or things,***
***or the Certificate of Compliance,***
***to the Office of Judicial Records.***

# Certificate of Compliance with Subpoena to Produce Documents or Things Pursuant to Rule 4009.23

I, _____
                    *(Person served with subpoena)*

certify to the best of my knowledge, information and belief that all documents or things required to be produced pursuant to the subpoena issued on _____ have been produced.                                    *(Date of Subpoena)*

Date: _____          _____
                                        *(Signature of Person Served with Subpoena)*

## EXHIBIT A

- Any and all documents submitted to you from 1988 to present by B. Braun Medical Inc., B. Braun of America, Inc., or B. Braun CeGaT, LLC between  referring or relating to B. Braun's use of ethylene oxide use at B. Braun's plant/facility in Allentown, Pennsylvania.

- Any and all emails submitted to you from 1988 to present by B. Braun Medical Inc., B. Braun of America, Inc., or B. Braun CeGaT, LLC between  referring or relating to B. Braun's use of ethylene oxide use at B. Braun's plant/facility in Allentown, Pennsylvania.

- Any and all letters submitted to you from 1988 to present by B. Braun Medical Inc., B. Braun of America, Inc., or B. Braun CeGaT, LLC between  referring or relating to B. Braun's use of ethylene oxide use at B. Braun's plant/facility in Allentown, Pennsylvania.

- Any and all documents submitted from you from 1988 to present to B. Braun Medical Inc., B. Braun of America, Inc., or B. Braun CeGaT, LLC between  referring or relating to B. Braun's use of ethylene oxide use at B. Braun's plant/facility in Allentown, Pennsylvania.

- Any and all emails submitted from you from 1988 to present to B. Braun Medical Inc., B. Braun of America, Inc., or B. Braun CeGaT, LLC between  referring or relating to B. Braun's use of ethylene oxide use at B. Braun's plant/facility in Allentown, Pennsylvania.

- Any and all letters submitted from you from 1988 to present to B. Braun Medical Inc., B. Braun of America, Inc., or B. Braun CeGaT, LLC between  referring or relating to B. Braun's use of ethylene oxide use at B. Braun's plant/facility in Allentown, Pennsylvania.