## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ELYSE FRANCO,** | **CIVIL ACTION** |
| **Plaintiff,** | |
| **v.** | |
| **B. BRAUN MEDICAL INC. et al.,** | **NO.  26-CV-3408** |
| **Defendant.** | |

## O R D E R

**AND NOW**, this 10th day of July, 2026, upon consideration of non-party Environmental Protection Agency's Motion to Quash and Remand (ECF No. 3, 8) and Plaintiff Elyse Franco's Response in Opposition (ECF No. 7), it is **HEREBY ORDERED** that said Motion is **GRANTED**.  Plaintiff's October 22, 2025 subpoena is **QUASHED** and Plaintiff's Motion to Compel (ECF No. 1-6) is **DENIED**.

It is **FURTHER ORDERED** that the above captioned case is **REMANDED** to the Court of Common Pleas for Philadelphia County, Pennsylvania, Case No. 23-07-2787.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

_____

**WENDY BEETLESTONE, C.J.**